IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| NORTH AUGUSTA MANAGEMENT GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 110-061 |
| SOUTHWEST GOLF GROUP, INC., and COURTNEY SETTLE, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to render a default judgment against both Defendants is **DENIED**, Plaintiff's request to strike Defendant Settle's pleadings is **GRANTED**, and an **ENTRY OF DEFAULT** shall be made against Defendant Settle by the Clerk of Court.

SO ORDERED this 29th day of July, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA